UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20729-CIV-COOKE/BROWN

SONY BMG MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

STEPHEN ATTELUS,

    Defendant.

_____/

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE is before the Court upon Plaintiffs' Motion for Application for Default Judgment (DE 11), filed May 14, 2007. The Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiffs' Motion for Application For Default Judgment (DE 11) is GRANTED.

2. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings, listed in Exhibit A to the Complaint, the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

3. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted

sound recordings:

- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);

- "Don't Stop Til You Get Enough," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);

- "Gone Till November," on album "Wyclef Jean Presents The Carnival Featuring Refugee Allstars," by artist "Wyclef Jean" (SR# 251-493);

- "Rosa Parks," on album "Aquemini," by artist "Outkast" (SR# 264-092);

- "Nice and Slow," on album "My Way," by artist "Usher" (SR# 257-730);

- "Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded

recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of May, 2007.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*

*All Counsel of Record*

*Stephen Attelus, pro se*